1  Fritz Scheller, Esq.
2  Fritz Scheller, P.L.
3  Florida Bar Number: 183113
4  200 E. Robinson Street, Ste. 1150
5  Orlando, FL 32801
6  (407) 792-1285
7  fscheller@flusalaw.com
8  Counsel for Ramona I. Mennillo

9
10                    **UNITED STATES DISTRICT COURT**
11                       **DISTRICT OF NEVADA**

12  UNITED STATES OF AMERICA,              CASE NUMBER: 2:17-cr-00098-APG-NJK

13             Plaintiff,

14  v.                                     **STIPULATION TO CONTINUE**
15                                         **SENTENCING HEARING**
16  RAMONA I. MENNILLO,                    **(First Request)**

17             Defendant.
18  _____/
19

20        Defendant, Ramona I. Mennillo, by and through her attorney of record, Fritz Scheller,

21  Esq., and Plaintiff United States of America, by and through Dayle Elieson, Interim United States

22  Attorney, and Daniel Cowhig, Assistant United States Attorney, stipulate and request that the

23  Court continue her sentencing status hearing, currently scheduled for May 29, 2018, until after

24  September 15, 2018 or to a date convenient for the Court. The defendant's plea agreement

25  includes cooperation provisions.  The instant case is related to U.S. v. Daniel M. Boyar, et al,

26  2:17-cr-21-JCM-GWF currently scheduled for trial in June 2018.

27

28

29

1    Accordingly, in the view of the government and the defendant, this case is not ripe for

2  sentencing. Defendant Mennillo is not in custody, and specifically requests this continuance.

3  Defendant Mennillo is in compliance with her release conditions. Defendant Mennillo waives

4  any right she may have to a speedy sentencing in this matter.

5    WHEREFORE, the parties stipulate and request that the Court continue defendant

6  Mennillo's sentencing hearing, currently scheduled for May 29, 2018 be continued to a date after

7  September 15, 2018 or to a date convenient for the Court.

8    RESPECTFULLY SUBMITTED this 10th day of May, 2018.


9                                        /s/ Daniel Cowhig
10                                       DANIEL COWHIG
11                                       Assistant United States Attorney
12
13
14                                       By: /s/ Fritz Scheller, Esq.
15                                       FRITZ SCHELLER, Esq.
16                                       Counsel for Defendant Mennillo
17
18


19
20

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

      Plaintiff,

v.

RAMONA I. MENNILLO,

      Defendant.

_____/

CASE NUMBER: 2:17-cr-00098-APG-NJK

**ORDER CONTINUING SENTENCING**
**STATUS HEARING-(First Request)**

This matter comes before the Court on the parties Stipulation to Continue Sentencing. Based on the stipulation of the parties, and good cause appearing therefore, the Court hereby finds that:

    1.    The instant case is related to U.S. v. Daniel M. Boyar, et al, 2:17-cr-21-JCM-GWF, currently scheduled for trial in June 2018. Accordingly, in the view of the government and the defendant, this case is not ripe for sentencing. Defendant Mennillo is not in custody and has no objection to a continuance of her sentencing hearing, currently scheduled for May 29, 2018, until after September 15, 2018 or to a date convenient for the Court.

1    2.    The Court hereby concludes that the ends of justice are best served by granting
2    this continuance of defendant Mennillo's sentencing.

3

4                                    **ORDER**

5    **IT THEREFORE ORDERED** that the sentencing hearing, currently scheduled for

6    May 29, 2018 is vacated and reset for___September 20, 2018___at the hour of__10:00 a.m. in Courtroom 6C.

7                                    **IT IS SO ORDERED** this 10th day  May    , 2018.

8    _____
9    UNITED STATES DISTRICT JUDGE
10