SAO
Fritz Scheller, Esq.
Fritz Scheller, P.L.
Florida Bar Number: 183113
200 E. Robinson Street, Ste. 1150
Orlando, FL 32801
(407) 792-1285
fscheller@flusalaw.com
*Attorney for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| STATE OF NEVADA,<br><br>Plaintiff,<br><br>vs.<br><br>RAMONA MENNILLO,<br><br>Defendant | Case No.:  2:17-cr-00098-APG-NJK<br><br>**STIPULATION CONTINUING SENTENCING STATUS HEARING (second request)** |
|---|---|

Defendant, Ramona I. Mennillo, by and through her attorney of record, Fritz Scheller, Esq., and Plaintiff United States of America, by and through Dayle Elieson, United States Attorney, and Daniel Cowhig, Assistant United States Attorney, stipulate and request that the Court continue her sentencing status hearing, currently scheduled for September 20, 2018, until after January 4, 2019 or to a date convenient for the Court. The defendant's plea agreement includes cooperation provisions. The instant case is related to U.S. v. Daniel M. Boyar, et al, 2:17-cr-21-JCM-GWF currently scheduled for trial in September 2018.

STIPULATION CONTINUING SENTENCING STATUS HEARING (SECOND REQUEST) - 1

Accordingly, in the view of the government and the defendant, this case is not ripe for sentencing. Defendant Mennillo is not in custody, and specifically requests this continuance. Defendant Mennillo is in compliance with her release conditions. Defendant Mennillo waives any right she may have to a speedy sentencing in this matter.

WHEREFORE, the parties stipulate and request that the Court continue defendant Mennillo's sentencing hearing, currently scheduled for September 20, 2018 until after January 4, 2019 or to a date convenient for the Court.

RESPECTFULLY SUBMITTED this 12th day of September, 2018.

/s/ Daniel Cowhig
DANIEL COWHIG
Assistant United States Attorney


By: /s/ Fritz Scheller, Esq.
FRITZ SCHELLER, Esq.
Counsel for Defendant Mennillo


By: /s/ Andrea L. Luem, Esq.
ANDREA LUEM, Esq.
Local Counsel for Defendant Mennillo

SAO
Fritz Scheller, Esq.
Fritz Scheller, P.L.
Florida Bar Number: 183113
200 E. Robinson Street, Ste. 1150
Orlando, FL 32801
(407) 792-1285
fscheller@flusalaw.com
*Attorney for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| STATE OF NEVADA,<br><br>    Plaintiff,<br><br>vs.<br><br>RAMONA MENNILLO,<br><br>    Defendant | Case No.:   2:17-cr-00098-APG-NJK<br><br>**STIPULATION CONTINUING SENTENCING STATUS HEARING (second request)** |

This matter comes before the Court on the parties Stipulation to Continue Sentencing. Based on the stipulation of the parties, and good cause appearing therefore, the Court hereby finds that:

1. The instant case is related to U.S. v. Daniel M. Boyar, et al, 2:17-cr-21-JCM-GWF, currently scheduled for trial in June 2018. Accordingly, in the view of the government and the defendant, this case is not ripe for sentencing. Defendant Mennillo is not in custody and has no objection to a continuance of her sentencing hearing, currently scheduled for September 20, 2018, until after January 4, 2019 or to a date convenient for the Court.

2. The Court hereby concludes that the ends of justice are best served by granting this continuance of defendant Mennillo's sentencing.

## **ORDER**

**IT THEREFORE ORDERED** that the sentencing hearing, currently scheduled for September 20, 2018 is vacated and reset for January 24, 2019 at the hour of 9:30 a.m. in Courtroom 6C.

**IT IS SO ORDERED** this 13th day September, 2018.

_____
UNITED STATES DISTRICT JUDGE