Fritz Scheller, Esq.
Fritz Scheller, P.L.
Florida Bar Number: 183113
200 E. Robinson Street, Ste. 1150
Orlando, FL 32801
(407) 792-1285
fscheller@flusalaw.com
Counsel for Ramona I. Mennillo

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NUMBER: 2:17-cr-00098-APG-NJK |
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE** |
| | **SENTENCING HEARING** |
| RAMONA I. MENNILLO, | **(Final Request)** |
| Defendant. / | |

Defendant, Ramona I. Mennillo, by and through her attorney of record, Fritz Scheller, Esq., and Plaintiff United States of America, by and through Nicholas A. Trutanich, United States Attorney, and Daniel Cowhig, Assistant United States Attorney, stipulate and request that the Court continue her sentencing hearing, currently scheduled for January 25, 2019 for a period of thirty (30) days.

Accordingly, in the view of the government and the defendant, this case is not ripe for sentencing. Defendant Mennillo is not in custody, and specifically requests this continuance. Defendant Mennillo is in compliance with her release conditions. Defendant Mennillo waives any right she may have to a speedy sentencing in this matter.

WHEREFORE, the parties stipulate and request that the Court continue defendant

1

Mennillo's sentencing hearing, currently scheduled for January 25, 2019 be continued to a date after February 25, 2019, or to a date convenient for the Court.

RESPECTFULLY SUBMITTED this 18th day of January 2019.

                                            Nicholas A. Trutanich
                                            United States Attorney

                                            /s/ Daniel Cowhig
                                            DANIEL COWHIG
                                            Assistant United States Attorney


                                            By: /s/ Fritz Scheller, Esq.
                                            FRITZ SCHELLER, Esq.
                                            Counsel for Defendant Mennillo

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NUMBER: 2:17-cr-00098-APG-NJK |
| Plaintiff, | |
| v. | **ORDER CONTINUING SENTENCING**<br>**(Final Request)** |
| RAMONA I. MENNILLO, | |
| Defendant. | |

This matter comes before the Court on the parties Stipulation to Continue Sentencing. Based on the stipulation of the parties, and good cause appearing therefore, the Court hereby finds that:

1. In the view of the government and the defendant, this case is not ripe for sentencing. Defendant Mennillo is not in custody and has no objection to a continuance of her sentencing hearing, currently scheduled for January 25, 2018, until after February 25, 2018 or to a date convenient for the Court.

2. The Court hereby concludes that the ends of justice are best served by granting this continuance of defendant Mennillo's sentencing.

**ORDER**

**IT THEREFORE ORDERED** that the sentencing hearing, currently scheduled for January 25, 2019 is vacated and reset for __March 1, 2019__ at the hour of __10:00 a.m.__ in Courtroom 6C.

**IT IS SO ORDERED** this __22nd__ day __January__, 2019.

_____
UNITED STATES DISTRICT JUDGE