Fritz Scheller, Esq.
Fritz Scheller, P.L.
Florida Bar Number: 183113
200 E. Robinson Street, Ste. 1150
Orlando, FL 32801
(407) 792-1285
fscheller@flusalaw.com
Counsel for Ramona I. Mennillo

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,     CASE NUMBER: 2:17-cr-00098-APG-NJK

    Plaintiff,

v.     **STIPULATION RE RESTIUTION**

RAMONA I. MENNILLO,

    Defendant.
_____/

Defendant, Ramona I. Mennillo, by and through her attorney of record, Fritz Scheller, Esq., and Plaintiff United States of America, by and through Nicholas A. Trutanich, United States Attorney, and Daniel Cowhig, Assistant United States Attorney, hereby submit the following stipulation concerning restitution to be made part of the Defendant's judgment and sentence in this case. In particular, the parties stipulate that the Defendant Ramona Mennillo is liable for a restitution amount of $839,138 to be made payable to the victims of her offense. Said restitution amount is to be joint and several with the following co-defendants: 1) Daniel Martin Boyar (Case No.: 2:17-cr-021-JCM-001); 2) Adam Manuel Younassoghlou (Case No.: 2:17-cr-021-JCM-002); 3) Lew Leilani (Case No.: 2:17-cr-021-JCM-003); 4) Barbara Stephanie Lizardo (Case No.: 2:17-cr-021-JCM-004); 5) Maribel Pagan (Case No.: 2:17-cr-021-JCM-005); 6) Tomasz Marciniak (Case No.: 2:17-cr-021-

JCM-006); 7) Susan M. Siegel (Case No.: 2:17-cr-021-JCM-007); 8) Britney Leighann Newman (Case No.: 2:17-cr-021-JCM-008); 9) Clinton Taylor Becker (Case No.: 2:16-cr-0110-001-JCM); 10) Ashley Diane Zambuto (Case No.: 2:16-cr-200-JCM-001; 11) Jessica Yvette Figueroa (Case No.: 2:16-cr-201-APG-001); 12) Dario Rafael Tejada (Case No.: 2:16-cr-214-GMN-001); 13) Harold Robert Pfrender Jr. (Case No.: 2:16-cr-335-JCM-001); 14) Paul Michael Marciniak (Case No.: 2:17-cr-014-JAD-001); 15) Tifany Torres (Case No.: 2:17-cr-048-KJD-001); 16) Robert Caputo (Case No.: 2:17-cr-078-KJD-001; 17) Lisa Gennett (Case No.: 2:17-cr-084-KJD0001); 18) Arantzazu Atorrasagasti (Case No.: 2:17-cr-089-APG-001); 19) Joshua A. Lorca (Case No.: 2:17-cr-093-KJD-001); and 20) David A. Lafrain (Case No.: 2:17-cr-109-JCM-001).

RESPECTFULLY SUBMITTED this April 5, 2019.

/s/ Daniel Cowhig
DANIEL COWHIG
Assistant United States Attorney


By: /s/ Fritz Scheller, Esq.
FRITZ SCHELLER, Esq.
Counsel for Defendant Mennillo


DATED: April 8, 2019

ANDREW P. GORDON,
UNITED STATES DITRICT JUDGE

## **CERTIFICATE OF SERVICE**

On April 5, 2019, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                    */s/ Fritz Scheller*
                    Fritz Scheller
                    Florida Bar No. 183113
                    Fritz Scheller P.L.
                    200 E. Robinson, Suite 1150
                    Orlando, Florida 32801
                    PH:    (407) 792-1285
                    FAX:  (407) 513-4146