|   |   |
|---|---|
| UNITED STATES DISTRICT COURT | |
| DISTRICT OF NEVADA | |
| United States of America, | Case No. 2:17-cr-098-APG-NJK |
| Plaintiff, | |
| v. | **ORDER RELEASING PASSPORTS** |
| Ramona I. Mennillo, | (ECF No. 38) |
| Defendant. | |

Defendant Ramona I. Mennillo's motion for release of her passports **(ECF No. 38) is GRANTED.** The Pretrial Services office shall return Ms. Mennillo's passport to her attorney, Andrea Lee Laum.

Dated: February 3, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE